UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.R.,<br><br>         Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>         Respondents. | Case No.: 25-CV-3710 JLS (BLM)<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 8) |

On January 6, 2026, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 6). Petitioner initially requested fees pursuant to the Equal Access to Justice Act, but now "respectfully declines to request EAJA fees or costs." ECF No. 8 at 2. Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: February 4, 2026

                     *Janis L. Sammartino*
                     Hon. Janis L. Sammartino
                     United States District Judge